IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                              Criminal No. 2:06CR20010-001

WAYNE ALLEN TERRILL,
    Defendant.

## FINAL ORDER OF FORFEITURE

On July 27, 2006, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C.§ 2253; and Federal Rules of Criminal Procedure, Rule 32.2(b)(3), based upon the defendant's guilty plea to Count One of the Indictment.

On September 21, 28, 2006 and on October 5, 2006, the United States published in the Times Record, a newspaper of general circulation in the county in which the defendant resides and where certain property was found, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law. The notice further notified all third parties of their rights to petition the Court within thirty (30) days of the publication for a hearing to adjudicate the validity of their alleged legal interest in the properties subject to forfeiture.

More than thirty (30) days have passed since the final publications and no third party petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea, the factual basis presented to the Court, the agreement of the parties, and the reasons stated at bar, the Court finds that the personal property described as:

One HP Pavilion Model 7935 Personal Computer Tower,
System Number P5267A, Serial Number MX 14406064

is hereby forfeited to the United States of America, and shall be disposed of according to law.

2. That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant property.

IT IS SO ORDERED this 16 day of November, 2006.

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

APPROVED:

Kyra E. Jenner, Assistant United States
Attorney for Plaintiff, United of America

Jeff Mitchell, Attorney for Defendant,
Wayne Allen Terrill

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 16 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK